

**The Law Offices of O&D ONAODOWAN & DELINCE**

Esere J. Onaodowan, Esq.
eonaodowan@eocdlaw.com　　t 646.375.2119　c 718.427.3139

Christine E. Delince, Esq.
cdelince@eocdlaw.com　　t 646.375.2117　c 917.238.9332

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020
```

   **RE:** *United States v. Navarro*, et al 20 Cr. 160 (MKV)
     Bail conditions

Dear Judge Vyskocil:

  I represent Mr. Henry Argueta in the above referenced matter. With the consent of the Government, Mr. Argueta respectfully requests that the bail conditions be modified for Mr. Argueta as follows: Travel was initially restricted to the Eastern and the Southern Districts of New York. Travel will now include the Northern District of New York.

  Mr. Argueta received a Notice of Suspension and Hearing in the mail from the New York State Gaming Commission. The Notice of Suspension and Hearing requires Mr. Argueta to appear at his suspension hearing **tomorrow, March 18, 2020**. The hearing will be held at Commission offices located at One Broadway Center, Suite 500, Schenectady, New York. Failure to attend such hearing could result in license revocation and a fine of up to $25,000. For those reasons, Your Honor's immediate attention is appreciated.

            Respectfully submitted,

            */s/ Esere J. Onaodowan*

            Esere J. Onaodowan, Esq.

Attachment

CC via email: Andrew Adams
       Sarah Mortazavi

> GRANTED IN PART. Mr. Argueta is permitted to travel to the Northern District of New York for the sole purpose of attending the March 18 hearing. Applications for any further modifications of the current bail conditions may be addressed at the appearance on March 23, 2020. SO ORDERED.
>
> Date: 3/17/2020    *Mary Kay Vyskocil*
> New York, New York   Mary Kay Vyskocil
>            United States District Judge

116 West 23rd Street, 5th Fl, NY 10011　f 646 677 6918　w eocdlaw.com　facebook.com/OnaodowanDelince　twitter.com/OandDLaw