

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119    c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117    c 917.238.9332

March 18, 2020

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020
```

    **RE:**    *United States v. Navarro*, **et al** 20 Cr. 160 (MKV)
               Bail conditions

Dear Judge Vyskocil:

    I represent Mr. Henry Argueta in the above referenced matter. Pursuant to Fed. R. Crim. P. 10(b), I write to respectfully request that the Court allow Mr. Argueta to waive his personal appearance at the March 23, 2020 arraignment and initial conference. A waiver of appearance is attached. Mr. Argueta has received a copy of the indictment, and I have reviewed it with him. He enters a plea of "not guilty".

    In addition to waiving Mr. Argueta's appearance, I respectfully request permission to appear telephonically. I am prepared to agree upon a schedule for the remainder of the case telephonically. I have conferred with the Government and the Government has no objection to either request.

    Considering the nationwide Covid-19 emergency and the health risks associated with public interactions and the use of public transportation, I hope that the Court will approve both requests. I appreciate Your Honor's consideration.

Respectfully submitted,

*/s/ Esere J. Onaodowan*

Esere J. Onaodowan, Esq.

---

GRANTED. The Court accepts Defendant Argueta's waiver of appearance and grants counsel's request to appear telephonically. Counsel is directed to call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Mr. Argueta should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.

Date: 3/18/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

116 West 23rd Street, 5th Fl, NY 10011    f 646 677 6918    w eocdlaw.com    facebook.com/OnaodowanDelince    twitter.com/OandDLaw