June 15, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/16/2020__

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Henry Argueta, ▮▮▮▮▮▮▮**
**USA v. Navarro Order 1:20-cr-00160-MKV**

Dear Judge Mary Kay Vyskocil:

Greetings. I write to you with the request that the Court extend the travel restrictions for my client, Henry Argueta, so that he may live and travel in the Northern District of New York. Henry Argueta currently resides in Belmont, New York. He has the intent to move further upstate New York; a move not permitted under his current travel restrictions. There is no objection to this request from the Pretrial Services Office or the US Attorney's office.

Mr. Argueta is the sole provider for his three children and wife. The Argueta family has little in savings and neither Henry nor Maria Argueta are employed at the moment due to COVID-19 restrictions. Henry Argueta desires to move further upstate New York, to the Saratoga Springs area, because he believes it will be easier to find employment there. He has expressed that he cannot continue to pay the rent at his current residence and that he can find more affordable living conditions further upstate New York. In fact, his wife already has received a full-time job offer in a local bakery. Additionally, Mrs. Argueta's parents, Francisco Bravo and Lilia Rios Bravo, are located approximately fifteen minutes from Saratoga Springs and will be able to provide child care support to Mr. Argueta while he and his wife both secure full-time employment.

Yours,

/s/ Paul D. Petrus Jr., Esq.
Paul D. Petrus Jr. & Associates P.C.
The Empire State Building
350 Fifth Avenue, Suite 4020
New York, NY 10118
212.564.2440 (Office)
212.967.3010 (Fax)

Assistant U.S. Attorney
Sarah Mortazavi
One Saint Andrew's Plaza
New York, NY 10007
Via Email: Sarah.Mortazavi@usdoj.gov

Assistant U.S. Attorney
Andrew Caldwell Adams
One Saint Andrew's Plaza
New York, NY 1007
Via Email: Andrew.Adams@usdoj.gov

Assistant U.S. Attorney
Benet Jeanne Kearney
One Saint Andrew's Plaza
New York, NY 10007
Via Email: Benet.Kearney@usdoj.gov

GRANTED.  Mr. Argueta is permitted to travel to the Northern District of New York to secure housing for himself and his family.  Until permanent housing is secured, Mr. Argueta must inform the Pretrial Services Office whenever he travels into the Northern District of New York.  Once permanent housing in the Northern District of New York is secured, Mr. Argueta must continue with pretrial supervision as directed by the Office of Pretrial Services.  All other conditions of Mr. Argueta's bail remain the same.  Mr. Argueta is specifically reminded that he is not to have any contact with racehorses without the direct supervision of the third party owner of the premises where the horse is stabled and he must comply with the rules and regulations of any licensing regimes to which he is subject.

Date: 6/16/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

U.S. Pretrial Services Officer
Marlon Ovalles
Southern District of New York
500 Pearl Street, Room 550
New York, NY 10007
Via Email: Marlon_Ovalles@nyspt.uscourts.gov

U.S. Pretrial Services Officer
Kathy Rodriguez
Eastern District of New York
Via Email: Kathy_Rodriguez@nyept.uscourts.gov