```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :
      - v. -                  :
                              :
HENRY ARGUETA,                :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/23

**UNSEALING ORDER**

20 Cr. 160 (MKV)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah Mortazavi;

It is found that (1) Information S3 20 Cr. 160 (the "Information") and the related charging paperwork and (2) the transcript of the defendant's October 30, 2020 waiver of indictment and guilty plea, are currently sealed and subject to temporarily delayed docketing; and that the United States Attorney's Office has applied to have the Information and the guilty plea transcript unsealed because the needs for further sealing and delayed docketing has now dissipated;

IT IS THEREFORE ORDERED that the Information and the guilty plea transcript be unsealed.

DATED:    New York, New York
          September 20, 2023

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK