UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

      v.                            :

HENRY ARGUETA,                  :     S3 20 Cr. 160 (MKV)

          Defendant.         :

- - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of one count of violating Title 18, United States Code, Section 371, one count of violating Title 18, United States Code, Section 1349, and one count of violating Title 18, United States Code, Sections 1035 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                      */s/ Henry Argueta*
                                                      HENRY ARGUETA
                                                      Defendant

                                                      */s/ Paul D. Petrus*
                                                      Witness
                                                      Paul D. Petrus, Esq.
                                                      Counsel for Henry Argueta

Date:  New York, New York
       October 28, 2020