UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Henry Argueta,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/2/24

**Order of Restitution**

**S3 20 Cr. 160 (MKV)**

      Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sarah Mortazavi, David R. Felton, Assistant United States Attorneys, of counsel, with the consent of Henry Argueta, the Defendant, by and through his counsel, Paul D. Petrus, Jr., Esq.; the presentence investigation report; the Defendant's conviction on Count One of the above Information; the Defendant's agreement, pursuant to the plea agreement between the Defendant and the Government dated October 7, 2020; and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** Henry Argueta, the Defendant, shall pay restitution in the total amount of $28,253,741 to the victims of the offense charged in Count One of the S3 Superseding Information filed in *United States v. Navarro et al.*, 20 Cr. 160 (MKV) (the "S3 Information"). The name, address, and specific amount owed to the victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      Restitution is not joint and several with other defendants or with others not named herein.

09.10.2013

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *David R. Felton*　　　　　　　　　　　December 22, 2023
David R. Felton　　　　　　　　　　　　　　DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2299


HENRY ARGUETA


By: *Henry Argueta*　　　　　　　　　　　12/29/23
HENRY ARGUETA　　　　　　　　　　　　DATE


By: *[signature]*　　　　　　　　　　　　　12/29/23
PAUL D. PETRUS, JR., ESQ.　　　　　　　　DATE
Attorney for Defendant
Law Office of Paul D. Petrus Jr.
420 Lexington Avenue, Suite 2450
New York, NY 10170


SO ORDERED:

*Mary Kay Vyskocil*　　　　　　　　　　　1/2/2024
HONORABLE MARY KAY VYSKOCIL　　　DATE
UNITED STATES DISTRICT JUDGE